No. 03–1073. BAILEY ET AL. *v.* UNITED STATES ET AL. C. A. Fed. Cir. Certiorari denied.

No. 03–1088. RISE *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 03–1135. FERRER, POIROT & WANSBROUGH ET AL. *v.* BOMBARDIER AEROSPACE EMPLOYEE WELFARE BENEFITS PLAN. C. A. 5th Cir. Certiorari denied.

No. 03–1211. MACLACHLAN ET AL. *v.* EXXONMOBIL CORP. ET AL. C. A. 5th Cir. Certiorari denied.

No. 03–1212. CLAMPITT *v.* STARVING STUDENTS, INC. Ct. App. Ark. Certiorari denied.

No. 03–1350. ELLIS *v.* METZ. C. A. 9th Cir. Certiorari denied.

No. 03–1352. BELCASTRO *v.* MONEY, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 03–1354. SMITH *v.* BIRDSALL, CHIEF JUDGE, 11TH JUDICIAL DISTRICT COURT OF NEW MEXICO, ET AL. C. A. 10th Cir. Certiorari denied.

No. 03–1355. CONTRACT MANAGEMENT SERVICES, INC., ET AL. *v.* TRAVEL NURSES INTERNATIONAL, INC. C. A. 9th Cir. Certiorari denied.

No. 03–1357. BUSH *v.* CITY OF ZEELAND, MICHIGAN, ET AL. C. A. 6th Cir. Certiorari denied.

No. 03–1360. ADMIRAL INSURANCE CO. *v.* CAST STEEL PRODUCTS, INC. C. A. 11th Cir. Certiorari denied.

No. 03–1361. CONELY *v.* TOWNSHIP OF YORK, MICHIGAN, ET AL. C. A. 6th Cir. Certiorari denied.